IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Kayla Lesse | : | No. 23-11793-mdc |
| Debtor | : | |

CERTIFICATION OF NO RESPONSE TO
MOTION TO EXTEND AUTOMATIC STAY

I hereby certify that I have received no answer, objection or other responsive pleading to the Extend Automatic Stay and respectfully request that the Order attached to the Motion be approved.

Dated: 07/10/2023

/s/ David M. Offen
**Attorney for Debtor**
Suite 160 West, Curtis Ctr.
601 Walnut Street
Philadelphia, PA  19106
215-625-9600