THE SCHOOL DISTRICT OF PHILADELPHIA
PHILADELPHIA, PA
PAY STATEMENT

Check Number:     020160939
Employee ID:      00000-95050
Organization:     6390
Check Date:       04/28/2023

KAYLA LESSE
6148 GILLESPIE ST
PHILADELPHIA PA  19135-3611

| EMPLOYEE NAME | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|
| KAYLA LESSE | 40 | 00000-95050 | 04/21/2023 | 04/28/2023 | 1,045.41 |

| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
|---|---|---|---|---|---|---|
| WC7D 3Y0-9 | 639 | 6390 | 6,671.06 | 7,443.97 | 7,443.97 | 7,467.67 |

| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
|---|---|---|---|---|---|---|
| 020160939 | 610.04 | 661.17 | 661.17 | | 764.03 | 563.08 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 575.11 | FEDERAL TAX | | 2.82 |
| RESERVE ACCR | | | -7.01 | FICA | 40.99 | 454.18 |
| CORRIDOR | | -2.00 | 0.00 | FICA MED | 9.59 | 106.22 |
| WAGE CON | 11.62 | 16.86 | 195.93 | LIFE INS | 2.00 | 8.00 |
| | | | | STATE TAX | 20.29 | 224.86 |
| | | | | CITY TAX RES | 21.84 | 278.37 |
| | | | | RETIREMENT | 15.62 | 654.47 |
| | | | | RETIREMENT | 35.51 | 654.47 |
| | | | | WAGE CON | 30.84 | 215.88 |
| | | | | PFT DUES | 7.64 | 66.12 |
| | | | | PFT PAC | 3.00 | 24.00 |
| | | | | UNEMPL TAX | 0.47 | 5.18 |
| | | | | SLRY MED DED | 13.16 | 118.44 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 3.43 | 0.43 | 3.00 | LEGAL FRINGE | 8.25 | 74.25 |
| PERS ILL | 11.43 | 11.43 | 0.00 | | | |
| DIR QUAR LV | | | 0.00 | | | |

RETAIN THIS STUB FOR YOUR RECORDS. ALL PI., PL & VAC. TOTALS ARE SUBJECT TO POST AUDIT.

THE SCHOOL DISTRICT OF PHILADELPHIA
PHILADELPHIA, PA
PAY STATEMENT

Check Number: 020180841
Employee ID: 00000-95050
Organization: 6390
Check Date: 05/12/2023

KAYLA LESSE
6148 GILLESPIE ST
PHILADELPHIA PA  19135-3611

| EMPLOYEE NAME | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|---|
| KAYLA LESSE | | 40 | 00000-95050 | 05/05/2023 | 05/12/2023 | 1,045.41 |
| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
| WC7D 3Y0-9 | 639 | 6390 | 7,326.31 | 8,173.79 | 8,173.79 | 8,228.44 |
| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
| 020180841 | 655.25 | 716.66 | 716.66 | | 760.77 | | 541.24 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 940.87 | FEDERAL TAX | | 2.82 |
| RESERVE ACCR | | | -258.51 | FICA | 44.44 | 498.62 |
| WAGE CON | 11.62 | 6.75 | 78.41 | FICA MED | 10.39 | 116.61 |
| | | | | STATE TAX | 22.00 | 246.86 |
| | | | | CITY TAX RES | 26.17 | 304.54 |
| | | | | RETIREMENT | 18.76 | 715.88 |
| | | | | RETIREMENT | 42.65 | 715.88 |
| | | | | WAGE CON | 30.84 | 246.72 |
| | | | | PFT DUES | 7.61 | 73.73 |
| | | | | PFT PAC | 3.00 | 27.00 |
| | | | | UNEMPL TAX | 0.51 | 5.69 |
| | | | | SLRY MED DED | 13.16 | 131.60 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 3.43 | 0.43 | 3.00 | LEGAL FRINGE | 8.25 | 82.50 |
| PERS ILL | 11.43 | 11.43 | 0.00 | | | |
| DIR QUAR LV | | | 0.00 | | | |

RETAIN THIS STUB FOR YOUR RECORDS.
ALL PI, PL & VAC. TOTALS ARE SUBJECT TO POST AUDIT.

# THE SCHOOL DISTRICT OF PHILADELPHIA
## PHILADELPHIA, PA
### PAY STATEMENT

Check Number:     020200740
Employee ID:      00000-95050
Organization:     6390
Check Date:       05/26/2023

KAYLA LESSE
6148 GILLESPIE ST
PHILADELPHIA PA  19135-3611

| EMPLOYEE NAME | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|---|
| KAYLA LESSE | | 40 | 00000-95050 | 05/19/2023 | 05/26/2023 | 1,045.41 |
| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
| WC7D 3Y0-9 | 639 | 6390 | 7,942.62 | 8,856.94 | 8,856.94 | 8,981.74 |
| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
| 020200740 | 616.31 | 669.99 | 669.99 | | 753.30 | | 547.89 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 836.33 | FEDERAL TAX | | 2.82 |
| RESERVE ACCR | | | -239.85 | FICA | 41.54 | 540.16 |
| WAGE CON | 11.62 | 13.50 | 156.82 | FICA MED | 9.72 | 126.33 |
| | | | | LIFE INS | 2.00 | 10.00 |
| | | | | STATE TAX | 20.56 | 267.42 |
| | | | | CITY TAX RES | 22.91 | 327.45 |
| | | | | RETIREMENT | 16.40 | 769.56 |
| | | | | RETIREMENT | 37.28 | 769.56 |
| | | | | WAGE CON | 30.84 | 277.56 |
| | | | | PFT DUES | 7.53 | 81.26 |
| | | | | PFT PAC | 3.00 | 30.00 |
| | | | | UNEMPL TAX | 0.47 | 6.16 |
| | | | | SLRY MED DED | 13.16 | 144.76 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 3.43 | 0.43 | 3.00 | LEGAL FRINGE | 8.25 | 90.75 |
| PERS ILL | 11.43 | 11.43 | 0.00 | | | |
| DIR QUAR LV | | | 0.00 | | | |

RETAIN THIS STUB FOR YOUR RECORDS.
ALL PI., PL & VAC. TOTALS ARE SUBJECT TO POST AUDIT.

# THE SCHOOL DISTRICT OF PHILADELPHIA
## PHILADELPHIA, PA
### PAY STATEMENT

Check Number: 020220508
Employee ID: 00000-95050
Organization: 6390
Check Date: 06/09/2023

KAYLA LESSE
6148 GILLESPIE ST
PHILADELPHIA PA  19135-3611

| EMPLOYEE NAME | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|
| KAYLA LESSE | 40 | 00000-95050 | 06/02/2023 | 06/09/2023 | 1,045.41 |

| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
|---|---|---|---|---|---|---|
| WC7D 3Y0-9 | 639 | 6390 | 8,543.08 | 9,522.67 | 9,522.67 | 9,717.62 |

| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
|---|---|---|---|---|---|---|---|
| 020220508 | 600.46 | 652.57 | 652.57 | | 735.88 | | 536.76 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 731.79 | FEDERAL TAX | | 2.82 |
| RESERVE ACCR | | | -205.00 | FICA | 40.45 | 580.61 |
| ILL FAM-PAY | | 1.00 | 52.27 | FICA MED | 9.46 | 135.79 |
| WAGE CON | 11.62 | 13.50 | 156.82 | STATE TAX | 20.03 | 287.45 |
| | | | | CITY TAX RES | 22.25 | 349.70 |
| | | | | RETIREMENT | 15.92 | 821.67 |
| | | | | RETIREMENT | 36.19 | 821.67 |
| | | | | WAGE CON | 30.84 | 308.40 |
| | | | | PFT DUES | 7.36 | 88.62 |
| | | | | PFT PAC | 3.00 | 33.00 |
| | | | | UNEMPL TAX | 0.46 | 6.62 |
| | | | | SLRY MED DED | 13.16 | 157.92 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 3.43 | 0.43 | 3.00 | LEGAL FRINGE | 8.25 | 99.00 |
| PERS ILL | 11.43 | 11.43 | 0.00 | | | |
| DIR QUAR LV | | | 0.00 | | | |

RETAIN THIS STUB FOR YOUR RECORDS. ALL PI, PL & VAC. TOTALS ARE SUBJECT TO POST AUDIT.