**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) |
| | ) CHAPTER 13 |
| KAYLA LESSE | ) |
| Debtor | ) BANKRUPTCY NO.: 23-11793-MDC |
| | ) |

## PRAECIPE TO WITHDRAW CERTIFICATION OF NO RESPONSE

TO THE CLERK:

Kindly mark the Certification of No Response filed on July 26, 2023 WITHDRAWN as it was linked to the incorrect creditor, Fairbanks Capital Corp.  We will refile selecting/linking to the correct creditor, Bridgecrest Acceptance Corporation.

**LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO**

 /s/ Regina Cohen
 Regina Cohen
 Attorney for Movant, Bridgecrest Acceptance Corporation
 Suite 500 190 North Independence Mall West 6th & Race Streets
 Philadelphia, PA 19106
 Telephone: (215) 351-7551

DATED:  July 26, 2023