IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | BANKRUPTCY NO. 23-11793-MDC |
| KAYLA LESSE | : | |
| | : | |
| | : | |
| Debtor | : | |
| | : | |
| | : | CHAPTER 13 |

## CERTIFICATION OF NO RESPONSE

I, REGINA COHEN, attorney for Movant, hereby certify that no answer or objection or other responsive pleading has been received in regard to the Motion of Bridgecrest Acceptance Corporation for Relief from Automatic Stay. The response date in the above-captioned matter was on or before **July 20, 2023**, which is more than fifteen (15) days from the date of service.

LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

/s/ Regina Cohen
Regina Cohen
Attorney for Movant
Suite 500
190 North Independence Mall West 6th &
Race Streets
Philadelphia, PA 19106
(215) 351-7551

DATED: July 26, 2023