**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| IN RE | ) | CHAPTER 13 |
|  | ) |  |
| KAYLA LESSE, | ) | CASE NO.: 23-11793-MDC |
| Debtor | ) |  |
|  | ) |  |
| BRIDGECREST ACCEPTANCE CORPORATION, | ) |  |
| Movant | ) | **HEARING DATE:** |
| vs. | ) | Tuesday, August 01, 2023 |
|  | ) | 10:30 A.M. |
| KAYLA LESSE, | ) |  |
| Respondent(s) | ) |  |
| and | ) |  |
|  | ) | **LOCATION:** |
| KENNETH E. WEST | ) | 900 Market Street, Suite 400 |
| Trustee | ) | Courtroom No. Courtroom Number #2 |
|  | ) | Philadelphia, PA 19107 |

**ORDER**

Upon consideration of the Motion for Relief from Automatic Stay submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle repossession (2013 Hyundai Santa Fe Utility 4D GLS Leather AWD 3.3L V6, V.I.N. KM8SNDHF5DU025044) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

Date 8/1/2023

_____
Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE