IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>KAYLA LEASE,<br><br>    Debtor,<br><br>UNITED AUTO CREDIT CORPORATION,<br><br>    Movant,<br><br>        v.<br><br>KAYLA LEASE, and<br>KENNETH E. WEST Trustee,<br>    Respondents. | Bankruptcy No. 23-11793-mdc<br><br>Chapter 13<br><br>Document No. |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the September 26, 2023, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Kayla Lesse<br>6148 Gillespie Street<br>Philadelphia, PA 19135 | David M. Offen<br>601 Walnut Street<br>Suite 160 West<br>Philadelphia, PA 19106 |

| | |
|---|---|
| Kenneth E. West<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Office of United States Trustee<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |

    By: /s/ Keri P. Ebeck
    Keri P. Ebeck, Esq.
    PA I.D. # 91298
    kebeck@bernsteinlaw.com
    601 Grant Street, 9th Floor
    Pittsburgh, PA 15219
    Phone (412) 456-8112
    Fax (412) 456-8135

    Counsel for United Auto Credit Corporation