IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : Chapter 13

Kayla Lesse                           : Case No. 23-11793-mdc

    Debtor(s)

ANSWER TO MOTION OF RELIEF FROM THE AUTOMATIC STAY OF
United Auto Credit Corporation
<u>AND CERTIFICATE OF SERVICE</u>

The Debtor is paying the car off in full through the chapter 13 plan.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief from Automatic Stay.

<u>/s/ David M. Offen</u>
David M. Offen Esquire
Attorney for Debtor

Dated:  October 10, 2023

A copy of this Answer is being served on KERI P EBECK, Esquire and the Chapter 13 Trustee.