IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Bankruptcy No. 23-11793-mdc |
|---|---|
| KAYLA LEASE, | Chapter 13 |
| Debtor, | Related Doc. No. 31 |
| UNITED AUTO CREDIT CORPORATION, Movant, | |
| v. | |
| KAYLA LEASE, and KENNETH E. WEST Trustee, Respondents. | |

**PRAECIPE TO RELIST HEARING ON THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, comes Movant United Auto Credit Corporation (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and files this *Praecipe to Relist Hearing the Motion for Relief from the Automatic Stay* (the "Praecipe"), stating as follows:

1. On September 26, 2023, Movant filed a Motion for Relief from the Automatic Stay at Docket No. 31.

2. On October 10, 2023, Kayla Lesse (the "Debtor") filed a *Response to Motion for Relief from the Automatic Stay* (the "Response") at Docket No. 34.

3. On September 26, 2023, a Hearing was set on the Motion for Relief from the Automatic Stay. The Hearing was scheduled for October 10, 2023, and later adjourned to November 7, 2023.

4. On November 7, 2023, the matter was marked as settled and a stipulation to resolve Motion for Relief from the Automatic Stay was to be filed.

**RELIEF REQUESTED**

5.       Movant now requests that this Honorable Court relist the hearing on the Motion for Relief from the Automatic Stay for Tuesday, February 27, 2024, at 10:30 am.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel for United Auto Credit Corporation*

Dated: January 31, 2024