IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Bankruptcy No. 23-11793-mdc |
|---|---|
| KAYLA LEASE, | Chapter 13 |
| Debtor, | Related Doc. No. 31 |
| UNITED AUTO CREDIT CORPORATION,<br>      Movant, | |
| v. | |
| KAYLA LEASE, and<br>KENNETH E. WEST Trustee,<br>      Respondents. | |

### NOTICE OF HEARING DATE

United Auto Credit Corporation has filed a Praecipe to Relist Hearing on the Motion for Relief from the Automatic Stay filed on September 26, 2023, at Docket No. 31.

A hearing on the Motion for Relief from Automatic Stay is scheduled to be held before the Honorable Magdeline D. Coleman on **Tuesday**, **February 27, 2024, at 10:30 A.M.** in Courtroom #2, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112

*Counsel for United Auto Credit Corporation*