UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| KAYLA LESSE, | : BANKRUPTCY NO. 23-11793-mdc |
| Debtor | : |
| | : CHAPTER 13 |
| | : |
| | : L.B.R. 9014-3 |
| PENNSYLVANIA HOUSING FINANCE AGENCY | : |
| | : **HEARING:  MARCH 5, 2024** |
| Movant | :             **at 10:30 A.M.** |
| | :             **Telephonic Hearing** |
| vs. | : |
| | : |
| KAYLA LESSE and | : |
| KENNETH E. WEST, Trustee | : |
| Respondents | : |

## CERTIFICATION OF NO ANSWER

I, Leon P. Haller of Purcell, Krug & Haller, do certify that no Answer has been filed by either Respondent to the Motion of Pennsylvania Housing Finance Agency for Relief From the Automatic Stay, heretofore filed in this proceeding on February 8, 2024 at Docket No. 45.

                                                          PURCELL, KRUG & HALLER

                                                          By: /s/ Leon P. Haller
                                                          Leon P. Haller, Esquire
                                                          1719 North Front Street
                                                          Harrisburg, PA 17102-2392
                                                          (717)234-4178
                                                          Attorney for Movant
                                                          Attorney ID #15700

Dated: March 1, 2024