IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : Chapter 13

Kayla Lesse                           : Case No. 23-11793-mdc

    Debtor(s)

ANSWER TO MOTION OF RELIEF FROM THE AUTOMATIC STAY OF
PENNSYLVANIA HOUSING FINANCE AGENCY
AND CERTIFICATE OF SERVICE

    Debtor wishes for an opportunity to get caught up on the missing payments and she believes she will be able to remain current.

    WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief from Automatic Stay.

/s/ David M. Offen
David M. Offen Esquire
Attorney for Debtor

Dated: March 4, 2024

    A copy of this Answer is being served on LEON P. HALLER, Esquire and the Chapter 13 Trustee.