UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| KAYLA LESSE | : BANKRUPTCY NO. 23-11793-mdc |
| Debtor | : |
| | : CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY, | : L.B.R. 9014-3 |
| Movant | : |
| vs. | : |
| KAYLA LESSE and KENNETH E. WEST, Trustee | : |
| Respondents | : |

## ORDER APPROVING STIPULATION

AND NOW on this  11th  day of  March , 2024, upon presentation and consideration of the Stipulation entered into between the parties to provide Movant with adequate protection of its security interest in lieu of immediate relief from the automatic stay, IT IS HEREBY ORDERED that the Stipulation is approved by this Court and the Stipulation will be binding upon the parties effective immediately.

cc:	Leon P. Haller, Esquire
	Via E-Mail: ECF/CM

	Kenneth E. West, Esquire
	Via E-Mail: ECF/CM

	David M. Offen, Esquire
	Via E-Mail: ECF/CM

	Kayla Lesse
	6148 Gillespie Street
	Philadelphia, PA  19135

BY THE COURT:

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief Bankruptcy Judge

United States Trustee
Via: E-Mail: ECF/CM