IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>KAYLA LESSE,<br><br>   Debtor,<br><br>UNITED AUTO CREDIT CORPORATION,<br>   Movant,<br><br>      v.<br><br>KAYLA LESSE, and<br>KENNETH E. WEST Trustee,<br>   Respondents. | Bankruptcy No. 23-11793-mdc<br><br>Chapter 13<br><br>Related Doc. No. 31 |

## ORDER OF COURT

AND NOW, this 11th day of April, 2024, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

_____
Honorable Magdeline D. Coleman
U.S. Bankruptcy Court Chief Judge