United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kayla Lesse  
    Debtor

Case No. 23-11793-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 23, 2024      Form ID: 155      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kayla Lesse, 6148 Gillespie Street, Philadelphia, PA 19135-3611 |
| 14805047 | + | Pennsylvania Housing Finance Agency, c/o Leon P. Haller, Esq., PURCELL, KRUG & HALLER, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14805980 | + | Philadelphia Gas Works-Bankruptcy Dept, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 14791316 | + | United Auto Credit, PO Box 164129, Fort Worth, TX 76161-4129 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14791287 | + | Email/Text: rm-bknotices@bridgecrest.com | May 24 2024 00:03:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 14793029 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 24 2024 00:11:31 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14797225 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 24 2024 00:12:04 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14794049 | | Email/Text: megan.harper@phila.gov | May 24 2024 00:03:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14791288 | | Email/Text: megan.harper@phila.gov | May 24 2024 00:03:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14791289 | + | Email/Text: electronicbkydocs@nelnet.net | May 24 2024 00:03:00 | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14791301 | | Email/Text: ECMCBKNotices@ecmc.org | May 24 2024 00:02:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14791302 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 24 2024 00:10:39 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14809205 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 24 2024 00:03:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14793847 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2024 00:10:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14807040 | + | Email/Text: bankruptcydpt@mcmcg.com | May 24 2024 00:03:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14791306 | + | Email/Text: bankruptcydpt@mcmcg.com | May 24 2024 00:03:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14791310 | + | Email/Text: ecfbankruptcy@progleasing.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 23, 2024 | Form ID: 155 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 24 2024 00:03:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14791311 | | Email/Text: blegal@phfa.org | May 24 2024 00:03:00 | Pennsylvania Housing Finance Agency, PO Box 8029, Harrisburg, PA 17105 |
| 14795616 | ^ | MEBN | May 23 2024 23:54:44 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14791312 | ^ | MEBN | May 23 2024 23:54:51 | PGW, 800 West Montgomery, Philadelphia, PA 19122-2806 |
| 14791313 | | Email/Text: bankruptcynotices@psecu.com | May 24 2024 00:03:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14804854 | + | Email/Text: blegal@phfa.org | May 24 2024 00:03:00 | Pennsylvania Housing Finance Agency, 211 N. Front Street, Harrisburg, PA 17101-1406 |
| 14802359 | + | Email/Text: blegal@phfa.org | May 24 2024 00:03:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14791314 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2024 00:10:54 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14796322 | + | Email/Text: electronicbkydocs@nelnet.net | May 24 2024 00:03:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14791855 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 24 2024 00:25:01 | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107 |
| 14797857 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | May 24 2024 00:02:00 | United Auto Credit Corporation, P.O. BOX 163049, FORT WORTH, TX 76161-3049 |
| 14808524 | + | Email/PDF: ebn_ais@aisinfo.com | May 24 2024 00:11:36 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14791317 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 24 2024 00:01:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14791318 | + | Email/Text: peritus@ebn.phinsolutions.com | May 24 2024 00:03:00 | Westlake Financial Service3s, c/o Peritus Portfolio Services, PO Box 141419, Irving, TX 75014-1419 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14791292 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14791293 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14791294 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14791295 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14791296 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14791297 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14791298 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14791299 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14791300 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14791290 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14791291 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14791303 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14791304 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14791305 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14791307 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14791308 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14791309 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14791315 | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: May 23, 2024 | Form ID: 155 | Total Noticed: 30

TOTAL: 0 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Kayla Lesse dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor United Auto Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| REGINA COHEN | on behalf of Creditor Bridgecrest Acceptance Corporation rcohen@lavin-law.com mmalone@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Kayla Lesse<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−11793−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 23, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court