United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 23-11793-djb

Kayla Lesse                                                                            Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                          Page 1 of 3

Date Rcvd: Sep 12, 2025                    Form ID: pdf900                           Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kayla Lesse, 6148 Gillespie Street, Philadelphia, PA 19135-3611 |
| 14805047 | + | Pennsylvania Housing Finance Agency, c/o Leon P. Haller, Esq., PURCELL, KRUG & HALLER, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14805980 | + | Philadelphia Gas Works-Bankruptcy Dept, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 14791316 | + | United Auto Credit, PO Box 164129, Fort Worth, TX 76161-4129 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 13 2025 00:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2025 00:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 13 2025 01:16:17 | Bridgecrest Acceptance Corporation, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 13 2025 01:02:29 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14791287 | + Email/Text: rm-bknotices@bridgecrest.com | Sep 13 2025 00:51:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 14793029 | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 13 2025 01:02:24 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14797225 | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 13 2025 01:44:21 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14791288 | Email/Text: megan.harper@phila.gov | Sep 13 2025 00:51:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14794049 | Email/Text: megan.harper@phila.gov | Sep 13 2025 00:51:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14791289 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 13 2025 00:51:00 | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14791301 | Email/Text: ECMCBKNotices@ecmc.org | Sep 13 2025 00:51:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14791302 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 13 2025 01:31:22 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14809205 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 13 2025 00:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14793847 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2025 01:03:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14807040 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 13 2025 00:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14791306 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 13 2025 00:51:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14791310 | + | Email/Text: ecfbankruptcy@progleasing.com | Sep 13 2025 00:51:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14791311 | | Email/Text: blegal@phfa.org | Sep 13 2025 00:51:00 | Pennsylvania Housing Finance Agency, PO Box 8029, Harrisburg, PA 17105 |
| 14795616 | ^ | MEBN | Sep 13 2025 00:39:30 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14791312 | ^ | MEBN | Sep 13 2025 00:39:34 | PGW, 800 West Montgomery, Philadelphia, PA 19122-2806 |
| 14791313 | | Email/Text: bankruptcynotices@psecu.com | Sep 13 2025 00:51:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14804854 | + | Email/Text: blegal@phfa.org | Sep 13 2025 00:51:00 | Pennsylvania Housing Finance Agency, 211 N. Front Street, Harrisburg, PA 17101-1406 |
| 14802359 | + | Email/Text: blegal@phfa.org | Sep 13 2025 00:51:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14791314 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2025 01:15:41 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14796322 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 13 2025 00:51:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14791855 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 13 2025 01:44:39 | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107 |
| 14797857 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Sep 13 2025 00:51:00 | United Auto Credit Corporation, P.O. BOX 163049, FORT WORTH, TX 76161-3049 |
| 14808524 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 13 2025 01:03:37 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14791317 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 13 2025 00:51:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14791318 | + | Email/Text: peritus@ebn.phinsolutions.com | Sep 13 2025 00:51:00 | Westlake Financial Service3s, c/o Peritus Portfolio Services, PO Box 141419, Irving, TX 75014-1419 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Movant/Mortgage, Fairbanks Capital Corp |
| 14791290 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14791291 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14791292 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14791293 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2025 | Form ID: pdf900 | Total Noticed: 34 |

| | | |
|---|---|---|
| 14791294 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14791295 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14791296 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14791297 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14791298 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14791299 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14791300 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14791303 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14791304 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14791305 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14791307 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14791308 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14791309 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14791315 | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2025                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Kayla Lesse dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor United Auto Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| REGINA COHEN | on behalf of Creditor Bridgecrest Acceptance Corporation rcohen@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13
     KAYLA LESSE

                                                             Bankruptcy No. 23-11793-DJB

                   Debtor

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Derek J. Baker
Bankruptcy Judge

**Date: September 12, 2025**